# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-MC-00160-MOC-DSC

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO BANK OF AMERICA CORP. <br><br> in <br><br> VERSATA SOFTWARE INC., et. al., v. CALLIDUS SOFTWARE, INC., Case No. 1:12cv931-SLR, United States District Court for the District of Delaware. | ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

**THIS MATTER** is before the Court on Bank of America's "Motion to Quash Subpoena" (document #1) filed on August 19, 2014. The Motion seeks to quash a subpoena served on Bank of America by Callidus Software, Inc. in the underlying litigation. Callidus has not responded to the Motion and the time for responding has expired.

For the reasons stated in Bank of America's brief, the Motion to Quash is <u>granted</u>.

The parties shall bear their own costs <u>at this time</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: October 20, 2014

_____
David S. Cayer
United States Magistrate Judge